IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWIGHT W. HAYNES, 22309,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 19-1061-JPG |
| **CITY OF ALTON, ILLINOIS, et al** | ) |
| **Defendants.** | ) |

# ORDER OF DISMISSAL

**GILBERT, District Judge:**

On October 1, 2019, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP Motion"). On the same date, the Court entered a Notice and Order advising Plaintiff of his obligation to pay the filing fee of $400.00 or to file an IFP Motion within thirty (30) days (*i.e.*, on or before October 31, 2019) (Doc. 2). He was warned that failure to comply would result in dismissal of the action, and he was provided with a blank IFP Motion. *Id*. On November 1, 2019, Plaintiff was ordered to pay the filing fee of $400.00 or to file an IFP Motion no later than November 15, 2019 or face dismissal (Doc. 3).

To date, Plaintiff has failed to pay the filing fee or file an IFP Motion, and the Court has received no communication from him since October 1, 2019. Therefore, this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with an Order of this Court and failure to prosecute. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: November 26, 2019**

                                                 **s/ J. PHIL GILBERT**
                                                 **U.S. District Judge**